Filed 3/9/22  P. v. Schlenvogt CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Butte)

----

| | |
|---|---|
| THE PEOPLE,<br><br>     Plaintiff and Respondent,<br><br>v.<br><br>EVAN MORGAN SCHLENVOGT,<br><br>     Defendant and Appellant. | C094565<br><br>(Super. Ct. No. 21CF00454) |

Appointed counsel for defendant Evan Morgan Schlenvogt asked this court to conduct an independent review of the record to determine whether there are any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436.)  Finding no arguable error in defendant's favor, we affirm.

1

## BACKGROUND

While investigating a trespassing complaint, Butte County Sheriff's deputies searched defendant's car and his person. On his person, deputies found a concealed fixed-blade knife. Defendant was arrested and charged with possessing a dirk or dagger (Pen. Code, § 21310), along with several other criminal offenses. As a result of the charges, defendant's probation in Colusa County Superior Court case No. 61844 (case No. 61844) was revoked and he was sentenced to two years in "county prison."

In June 2021, defendant pleaded no contest to carrying a dirk or dagger. In exchange for his plea, the remaining charges were dismissed with a *Harvey*[1] waiver. The trial court sentenced defendant to three years in "county prison," and a consecutive term of eight months for his conviction in case No. 61844. The court awarded defendant 397 days of custody credit in case No. 61844 and 69 days of custody credit in the current matter. The court also ordered defendant to pay various fines and fees.

Defendant appeals without a certificate of probable cause.

## DISCUSSION

Counsel filed an opening brief that set forth the facts and procedural history of the case and asked this court to review the record and determine whether there are any arguable issues on appeal. (*People v. Wende*, *supra*, 25 Cal.3d 436.) Defendant was advised by counsel of his right to file a supplemental brief within 30 days from the date the opening brief was filed. More than 30 days elapsed, and defendant has not filed a supplemental brief. Our review of the record pursuant to *Wende* disclosed no arguable errors in defendant's favor.

---

[1] *People v. Harvey* (1979) 25 Cal.3d 754.

2

DISPOSITION

The judgment is affirmed.

/s/
HOCH, J.

We concur:

/s/
MAURO, Acting P. J.

/s/
KRAUSE, J.